UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:  
    Ronald E Kent  
    Pamela L Kent  
        Debtor(s)

Case No. 12-21663-dob

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Thomas McDonald, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/17/2012.

2) The plan was confirmed on 07/20/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/19/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/15/2012.

5) The case was dismissed on 09/13/2013.

6) Number of months from filing to last payment: 15.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $16,228.42.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

| | | | | | |
|---|---|---|---|---|---|
| **Receipts:** | | | | | |
| Total paid by or on behalf of the debtor | | | $20,876.61 | | |
| Less amount refunded to debtor | | | $1,000.00 | | |
| **NET RECEIPTS:** | | | | | **$19,876.61** |

| | | |
|---|---|---|
| **Expenses of Administration:** | | |
| Attorney's Fees Paid Through the Plan | $3,000.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $831.67 | |
| Other | $350.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,181.67** |
| Attorney fees paid and disclosed by debtor: | $0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACS c/o GCO | Unsecured | 94,970.00 | 96,291.21 | 96,291.21 | 0.00 | 0.00 |
| AFNI Inc | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP EFT as Agent for | Unsecured | 625.00 | 469.20 | 469.20 | 0.00 | 0.00 |
| Americredit Financial Services | Secured | 364.00 | 366.01 | 366.01 | 0.00 | 0.00 |
| Cadillac Accounts Receivable Managemen | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 24,062.00 | 0.00 | 25,369.18 | 0.00 | 740.58 |
| Cavalry Portfolio Services LLC | Unsecured | 441.00 | 0.00 | 441.20 | 0.00 | 0.00 |
| CBM Collections | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Central Michigan University Bd of Trustee | Unsecured | NA | 146.95 | 146.95 | 0.00 | 0.00 |
| Central Michigan University Bd of Trustee | Unsecured | NA | 2,485.00 | 2,485.00 | 0.00 | 0.00 |
| Citifinancial | Unsecured | 0.00 | 1,475.59 | 1,475.59 | 0.00 | 0.00 |
| Citifinancial | Secured | 3,029.00 | 1,500.00 | 1,500.00 | 0.00 | 22.14 |
| Citifinancial Inc | Unsecured | 14,785.00 | 14,785.72 | 14,785.72 | 0.00 | 0.00 |
| Consumers Energy Company | Unsecured | 2,873.71 | 3,062.61 | 3,062.61 | 0.00 | 0.00 |
| ECMC | Unsecured | 72,325.00 | 64,807.35 | 64,807.35 | 0.00 | 0.00 |
| EduCap Inc, BNK Dept | Unsecured | 11,368.00 | 11,539.67 | 11,539.67 | 0.00 | 0.00 |
| EduCap Inc, BNK Dept | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Galway Financial Services LLC | Unsecured | NA | 1,224.35 | 1,224.35 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 2,422.00 | 4,735.38 | 4,735.38 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 227.43 | 227.43 | 0.00 | 0.00 |
| Jefferson Capital Systems-EFT | Unsecured | NA | 1,224.35 | 1,224.35 | 0.00 | 0.00 |
| Jefferson Capital Systems-EFT | Unsecured | NA | 790.00 | 790.00 | 0.00 | 0.00 |
| Jefferson Capital Systems-EFT | Unsecured | 458.00 | 510.00 | 510.00 | 0.00 | 0.00 |
| Jefferson Capital Systems-EFT | Unsecured | 349.00 | 349.30 | 349.30 | 0.00 | 0.00 |
| Jefferson Capital Systems-EFT | Unsecured | NA | 194.87 | 194.87 | 0.00 | 0.00 |
| Jefferson Capital Systems-EFT | Unsecured | NA | 352.16 | 352.16 | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 0.00 | 425.00 | 425.00 | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 110,915.00 | 0.00 | 0.00 | 12,796.95 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 4,570.00 | 8,983.92 | 8,983.92 | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 0.00 | 1,706.26 | 1,706.26 | 1,706.26 | 0.00 |
| LHR Inc | Unsecured | 548.00 | 460.42 | 460.42 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Liberty Mutual Insurance Co | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Members First Credit Union | Unsecured | 1,514.78 | NA | NA | 0.00 | 0.00 |
| MI Department of Treasury | Unsecured | 0.00 | 1,304.65 | 1,304.65 | 0.00 | 0.00 |
| MI Department of Treasury | Priority | 3,432.00 | 3,825.84 | 3,825.84 | 0.00 | 0.00 |
| MI Department of Treasury | Priority | 0.00 | 1,268.47 | 1,268.47 | 0.00 | 0.00 |
| MI Department of Treasury | Secured | 0.00 | 1,830.22 | 1,830.22 | 0.00 | 26.86 |
| MI Department of Treasury | Secured | 0.00 | 1,268.47 | 1,268.47 | 0.00 | 18.62 |
| Midland Credit Management Inc | Unsecured | 352.00 | 431.87 | 431.87 | 0.00 | 0.00 |
| Midland Credit Management Inc | Unsecured | 1,370.00 | 1,494.66 | 1,494.66 | 0.00 | 0.00 |
| Midland Credit Management Inc | Unsecured | 432.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial | Unsecured | 718.00 | NA | NA | 0.00 | 0.00 |
| PRA Receivables Management LLC EFT | Unsecured | NA | 533.55 | 533.55 | 0.00 | 0.00 |
| PRA Receivables Management LLC EFT | Unsecured | NA | 563.01 | 563.01 | 0.00 | 0.00 |
| PRA Receivables Management LLC EFT | Unsecured | 659.00 | NA | NA | 0.00 | 0.00 |
| PRA Receivables Management LLC EFT | Unsecured | 1,412.00 | 1,412.55 | 1,412.55 | 0.00 | 0.00 |
| Premier Bankcard/Charter | Unsecured | 456.00 | 456.14 | 456.14 | 0.00 | 0.00 |
| Premier Bankcard/Charter | Unsecured | 452.00 | 451.76 | 451.76 | 0.00 | 0.00 |
| Resurgent Capital Services LP CDA-1058 | Unsecured | NA | 2,975.59 | 2,975.59 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | NA | 82.43 | 82.43 | 0.00 | 0.00 |
| Sallie Mae ECFC | Unsecured | NA | 31,821.11 | 31,821.11 | 0.00 | 0.00 |
| Sallie Mae Inc on Behalf of | Unsecured | NA | 8,485.39 | 8,485.39 | 0.00 | 0.00 |
| Sallie Mae Inc on Behalf of | Unsecured | NA | 150,266.54 | 150,266.54 | 0.00 | 0.00 |
| Sallie Mae PC Trust | Unsecured | 0.00 | 13,134.44 | 13,134.44 | 0.00 | 0.00 |
| Sallie Mae PC Trust | Unsecured | 0.00 | 67,136.56 | 67,136.56 | 0.00 | 0.00 |
| TNT Financial Inc | Secured | 12,569.00 | 12,578.60 | 12,578.60 | 0.00 | 383.53 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $12,796.95 | $0.00 |
| Mortgage Arrearage | $10,690.18 | $1,706.26 | $0.00 |
| Debt Secured by Vehicle | $39,447.78 | $0.00 | $1,146.25 |
| All Other Secured | $3,889.70 | $0.00 | $45.48 |
| **TOTAL SECURED:** | **$54,027.66** | **$14,503.21** | **$1,191.73** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $9,829.69 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$9,829.69** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$481,387.63** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,181.67 |
| Disbursements to Creditors | $15,694.94 |
| **TOTAL DISBURSEMENTS** : | **$19,876.61** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/07/2013          By: /s/ Thomas McDonald
                                                      Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)